**E-filed 1/11/07**

1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| YING ZHANG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-7260 JF |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, United States Attorney General; | ) ) | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; | ) ) | |
| EMILIO T. GONZALES, Director of Unite States Citizenship and Immigration Services, | ) ) | |
| DAVID STILL, San Francisco District Director, United States Citizenship and Immigration Services; | ) ) | |
| ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C 06-7260 JF

| | |
|---|---|
| Date: December 28, 2006 | Respectfully submitted, |
| | KEVIN V. RYAN |
| | United States Attorney |
| | |
| | /s/ |
| | EDWARD A. OLSEN |
| | Assistant United States Attorney |
| | Attorneys for Defendants |
| | |
| | /s/ |
| Date: December 26, 2006 | JUSTIN FOK |
| | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/11/07

_____
JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C 06-7260 JF                              2